UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| United States of America, ) | CASE NO: 2:25-mj-514 |
| v. ) | |
| ) | |
| Immanuel D. Nellum ) | MAGISTRATE JUDGE: Vascura |
| 1501 E. Gardner Lane, ) | |
| Peoria Heights, IL 61616 ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew D. McCabe, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

### INTRODUCTION

1. I, Special Agent Andrew McCabe (your affiant), make this affidavit in support of a criminal complaint to arrest Immanuel D. **NELLUM** for violations of Title 18 United States Code §§ 2423(b), 2251, and 2252(a)(2) – travel with the intent to engage in illicit sexual conduct, sexual exploitation of a minor, and distribution, receipt, and/or possession of child pornography. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, and your affiant's personal knowledge and finding during the investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **NELLUM** committed the violations listed above.

2. Your affiant has been an FBI Special Agent since September 2010, and I have been assigned to the Cincinnati Division since January 2020. During my tenure as an FBI Special Agent, I have investigated numerous crimes including, but not limited to, bank robbery, drug trafficking, racketeering, kidnapping, violent extremism, and crimes against children. As a Special Agent I have participated in various investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As a SA, I am authorized to investigate violations of the laws of the United States under the authority of the United States.

### FACTS SUPPORTING PROBABLE CAUSE

3. On or about August 10, 2025, law enforcement in Muskingum County Ohio began an investigation into Immanuel **NELLUM** for traveling from the state of Illinois to the state of Ohio to engage in sex acts with an approximately 15-year-old female, herein after Minor Victim (MV). The investigation was initiated when a family member of the MV reported to the Zanesville Police Department (ZPD) that MV, DOB: 8/2009, was in a local hotel with **NELLUM**, who the family member knew to be a thirty-year old male from Illinois.

4. Law enforcement from ZPD conducted checks of local hotels and located a vehicle with an Illinois license plate registered to **NELLUM** parked outside the Quality Inn Hotel located at 500 Monroe Street, Zanesville, Ohio. They also learned **NELLUM** had made reservations at the Quality Inn for five days and was currently staying in room 304.

5. Law enforcement relocated to room 304 and made contact with **NELLUM** who was inside the room with the MV.

6. On or about August 10, 2025, law enforcement conducted an interview with MV who stated she met **NELLUM** using an online application called "Friend." The MV stated she and **NELLUM** had been in an online relationship for two years. During the interview, MV admitted to using the mobile messaging application SnapChat to send **NELLUM** nude images and videos of her breast, buttocks, and vagina. She further denied engaging in any sexual contact with **NELLUM**.

7. On August 10, 2025, law enforcement conducted a non-custodial interview of **NELLUM**. During the interview, **NELLUM** admitted to traveling from Peoria, Illinois to Zanesville, Ohio to meet the MV. **NELLUM** confirmed he first met the MV while utilizing an online social media application and admitted to knowing that MV was 15 years old. **NELLUM** also denied having sexual contact with the MV but did admit he had nude images of the MV on his cellular telephone.

8. At the conclusion of the interview law enforcement officers seized an Apple iPhone 14 Pro Max from **NELLUM**. The following day, the Muskingum County Common Pleas Court issued a search warrant for the Apple iPhone 14 Pro Max. A forensic extraction of the Apple iPhone was then generated. Images and videos of the MV were recovered, including a video of the MV and **NELLUM** engaged in sex acts. Based on the content recovered on the phone, the Muskingham County Court issued a criminal complaint for **NELLUM** for charges relating to the Unlawul Sexual Conduct with a Minor and Pandering Sexually Oriented Material Involving a Minor in violation of the Ohio Revised Code. **NELLUM** was arrested in Peoria Heights, Illinois on the warrant on or about August 19, 2025.

9. Because **NELLUM** traveled from another state to engage in sex acts with the MV, your affiant was notified about the investigation. On or about September 11, 2025, your affiant reviewed the forensic extraction of **NELUM's** Apple iPhone. During the review, your affiant identified approximately 50 videos which appeared to have been created on or about August 10, 2025, between 9:18:35 PM(UTC-4) and 9:41:06 PM(UTC-4). In these videos, the MV was observed wearing a transparent blue mesh shirt and lying on a bed. In the video, **NELLUM** then inserted his nude penis and testicles into her mouth. During the video, the face of MV was visible.

10. Your affiant also identified approximately 25 videos which appeared to have been created on August 10, 2025, between 9:22:43 PM(UTC-4) and 9:25:02 PM(UTC-4). In these videos, the MV, who was wearing the same transparent blue mesh shirt, was straddling **NELLUM**. During the video, the MV was observed moving her hips in a manner consistent with sexual activity and both the MV and **NELLUM** can be head making moaning sounds.

11. Additionally, your affiant identified over 2,000 messages sent between **NELLUM** and the MV. While reviewing these messages your affiant observed that on August 10, 2025, **NELLUM** had distributed copies of the aforementioned videos to the MV from his iPhone.

12. Your affiant then learned that at the time the MV was recovered at the hotel with **NELLUM** on August 10, 2025, her Apple iPhone 11 cellular telephone was seized and consent was provided to search that phone.

13. On September 11, 2025, your affiant reviewed the forensic extraction of the Apple iPhone 11 belonging to the MV. During the review your affiant identified five videos which appeared to have been created on August 10, 2025, between 9:47:58 PM(UTC-4) and 10:11:02 PM(UTC-4). In these videos, **NELLUM** and the MV were observed embracing and MV was wearing the same blue mesh shirt. During the video, **NELLUM** slapped the buttocks of the MV and the face of **NELLUM** and the MV were fully visible.

14. Additionally, your affiant found videos which reasonably appear similar to those found on **NELLUM'S** cellular telephone depicting the MV engaged in what appears to be oral and vaginal sex acts with **NELLUM**.

15. On or about September 12, 2025, **NELLUM** was extradited from the Peoria, Illinois to Zanesville, Ohio. That same day, your affiant conducted a custodial interview of **NELLUM**. The interview occurred in an interview room inside of the Muskingum County Jail in Zanesville, Ohio and was audio and visually recorded. After being advised of *Miranda* rights and signing a waiver of said rights, **NELLUM** related the following:

    - **NELLUM** met the MV on a social media application designed for individuals over 18 years of age approximately two years ago. At the time, the MV identified herself as being 19 years of age.

    - **NELLUM** traveled to Ohio in December of 2022 and engaged in sexual activity with the MV. **NELLUM** stated he believed the MV to be 19 years old at the time.

    - In 2023, the MV told **NELLUM** she was 15 years of age. They discussed their relationship and decided to continue it despite her age. The MV and **NELLUM** exchanged an unspecified quantity of nude images and videos.
    - In August 2025, **NELLUM** traveled from Peoria, Illinois to Zanesville, Ohio to meet the MV and her parents. **NELLUM** stated he did not travel with the explicit intent of engaging in sexual activity with the MV but they did so on

August 10, 2025 in a hotel room in Zainesville, Ohio. **NELLUM** confirmed he used his cellular phone to record the sexual activity.

16. On or about September 15, 2025, a check of the Illinois Department of Motor Vehicles identified an Immanuel D. NELLUM as residing in Peoria Heights, Illinois with a date of birth of April 1995.

## CONCLUSION

17. Based upon the above information, your affiant submits there is probable cause to believe Immanuel D. NELLUM has committed violations of Title 18 United States Code §§ 2423(b), 2251, and 2252(a)(2) – travel with the intent to engage in illicit sexual conduct, sexual exploitation of a minor, and distribution, receipt, and/or possession of child pornography. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.

Andrew McCabe
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to be this ___16th___ day of September, 2025

Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio

4